**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Taubensee Steel & Wire Company

       Plaintiff,

v.            Case No.: 1:26–cv–01422
             Honorable Franklin U. Valderrama

Dexter Stamping Company LLC

       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 25, 2026:

  MINUTE entry before the Honorable Franklin U. Valderrama: The Court grants Plaintiff's request for entry of default in their Motion for Entry of Default Judgment [18]. Default is entered against Defendant Dexter Stamping Company LLC under Federal Rule of Civil Procedure 55(a). The Court directs Plaintiffs to mail a copy of this minute entry to Defendant at the service address no later than 7/1/2026 via USPS First Class Mail or a similar mailing service and to file a certificate of service on the docket. Plaintiff's request for default judgment against Defendant is entered and continued to 7/23/2026. The Court shall issue its ruling on Plaintiff's request for default judgment under Federal Rule of Civil Procedure 55(b) on or after this date. Mailed notice. (vjd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.